**Opinion issued December 12, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

### NO. 01-23-00181-CV

———————————

**ERNEST PETERMAN, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ELLA PETERMAN, Appellant**

**V.**

**ELECTRIC RELIABILLITY COUNCIL OF TEXAS, INC. ET AL, Appellees**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-18532-A**

---

### MEMORANDUM OPINION

On May 2, 2023, we abated this appeal. Appellant has now filed an unopposed motion to dismiss his appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we reinstate the appeal, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.